**Motion Granted; Order filed January 26, 2023**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00514-CR

———————

### VECENTIE SONTIAGO MORALES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from Criminal Distric Court 1**
**Tarrant County, Texas**
**Trial Court Cause No. 1730004R**

---

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant filed a motion requesting to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is granted.

Accordingly, we hereby direct the Judge of Criminal Distric Court 1 to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **February 10, 2023;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.